IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARRION A. FLANNIGAN,

        Plaintiff,                        Civil Action No. 06-1350

      v.

BOROUGH OF AMBRIDGE,                  Judge Gary L. Lancaster
JOSEPH MAYKUTH, individually and
officially, ROBERT THOMPSON,          Magistrate Judge Francis X. Caiazza
individually and officially and, RICK
BUFALINI, individually and officially,

        Defendants.

## NOTICE OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(ii) the Plaintiff, Marrion A. Flannigan, hereby dismisses the Defendants, Borough of Ambridge, Joseph Maykuth, Robert Thompson and Rick Bufalini.

                                                             Respectfully submitted,

LAW OFFICES OF JOESPH S. WEIMER        TARASI & TARASI, P.C.

By: /s/ Edmond R. Joyal, Jr.                     By: /s/ Gianni Floro
    Edmond R. Joyal, Jr., Esquire                   Gianni Floro, Esquire
    Attorney for Defendants, Borough          Attorney for Plaintiff
    of Ambridge, Joseph Maykuth and
    Rick Bufalini

DEL, MOSER, LANE & LOUGHNEY, LLC

By: /s/ Christian D. Bareford
    Attorney for Defendant Robert
    Thompson

                                           SO ORDERED, this 2nd day of October, 2007.

                                           _____
                                           Gary L. Lancaster, U.S. District Judge